**UNITED STATES of America ex rel. Ray HOLMES, Appellant,**

v.

**David N. MYERS, Superintendent, State Correctional Institution, Graterford, Pennsylvania.**

**No. 15279.**

United States Court of Appeals Third Circuit.

Submitted June 10, 1965.

Decided June 25, 1965.

Gordon Gelfond, Asst. Dist. Atty., James C. Crumlish, Jr., Dist. Atty., Philadelphia, Pa., (Joseph M. Smith, Asst. Dist. Atty., Chief, Appeals Division, F. Emmett Fitzpatrick, Jr., First Asst. Dist. Atty., Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court will be affirmed.

■

**Davis S. WARD et al., Appellants,**

v.

**LOUISIANA WILD LIFE AND FISH- ERIES COMMISSION, Appellee.**

**No. 21275.**

United States Court of Appeals Fifth Circuit.

June 8, 1965.

Rehearing Denied Sept. 8, 1965.

J. Mort Walker, Jr., of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, La., for appellants.

Leo R. Wertheimer, George Stringer, Jr., New Orleans, La., Jack P. F. Gremillion, Atty. Gen., Baton Rouge, La., Harry V. Booth, Shreveport, La., Morris Shapiro, Alexandria, La., Harry H. Howard, New Orleans, La., for appellee.

Before WOODBURY[*] and BELL, Circuit Judges, and HUNTER, District Judge.

PER CURIAM:

In an opinion [1] stating the facts fully and correctly, the District Judge dismissed plaintiffs' suit for failure to join indispensable parties and also for lack of jurisdiction. The District Judge was right, and for the reasons set out in his opinion, the judgment should be, and is hereby affirmed.

---

[*] Senior Judge of the First Circuit, sitting by designation.

1. Ward v. Louisiana Wild Life and Fisheries Commission, 224 F.Supp. 252 (1963).